UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re:<br><br>MEHRNOOSH SABETI SANAT<br><br>    Debtors.<br>_____/<br><br>WESTLAKE FLOORING COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEHRNOOSH SABETI SANAT, BAY AVENUE HOLDINGS, LLC and TRADE INVESTMENT PROPERTY, INC.<br><br>_____/ | CASE NO.: 6:23-bk-00467-LVV<br>Chapter 13<br><br><br><br><br><br>Adversary Case No. 6:23-ap-00043-LVV |

## DEBTORS' ANSWER AND AFFIRMATIVE DEFENSES TO ADVERSARY COMPLAINT

Defendants, Mehrnoosh Sabeti Sanat, Bay Avenue Holdings, LLC and Trade Investment Property, Inc., serve this their Answer and Affirmative Defenses to the Plaintiff's Adversary Complaint to Determine Dischargeability of Debt, avoid Fraudulent Transfers and for Other Relief, and respond to each numbered paragraph of the Complaint, as follows:

### INTRODUCTION

1. Denied that Plaintiff is entitled to relief and that the real property was fraudulently transferred.

2. Admitted that Defendant Sabeti sold real estate to Bay Avenue Holdings, LLC, otherwise, denied.

3. Denied.

## PARTIES, JURISDICTION AND VENUE

4. Denied that Plaintiff is entitled to relief.

5. Admitted that Plaintiff was a creditor of Defendant Sabeti, otherwise, denied.

6. Denied.

7. Admitted for jurisdictional purposes only.

8. Admitted.

9. Admitted.

## FACTS COMMON TO ALL COUNTS

10. Admitted.

11. Admitted

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

## COUNT I - AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFER PURSUANT TO SECTION 727 OF THE BANKRUPTCY CODE

22. Defendants re-state and reallege their responses to paragraphs 1 through 21.

23. Admitted that Section 727(a) provides a remedy, otherwise, denied.

24. Admitted.

25. Admitted.

26. Admitted.

27. Denied.

28. Denied.

29. Admitted.

30. Admitted.

31. Denied.

32. Admitted.

33. Admitted.

34. Denied.

### COUNT II – AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFER PURSUANT TO SECTION 523 OF THE BANKRUPTCY CODE

35. Defendants re-state and reallege their responses to paragraphs 1 through 21.

36. Admitted.

37. Admitted.

38. Denied.

39. Denied.

40. Admitted.

41. Admitted.

42. Denied.

43. Admitted.

44. Admitted.

45. Admitted.

## AFFIRMATIVE DEFENSES

1. Defendants affirmatively allege that the property was sold at a fair market price.

2. Defendants affirmatively allege that any judgment entered against them should be offset by the mortgage lien that encumbered the property at the time of the sale.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response has been electronically filed and served via U.S. First Class Mail, postage prepaid, or by electronic transmission to: James R. Liebler, II, Liebler, Gonzalez & Portuondo, Courthouse Tower – 25th Floor, 44 West Flagler Street, Miami, FL 33130, Attorneys for Westlake Flooring Company, LLC; and Lori Patton, Chapter 7 Trustee, (via CM/ECF), this 1st day of June, 2023.

/s/ Jeffrey. S. Badgley
JEFFREY S. BADGLEY
Florida Bar No.:0599417
Badgley Law Group
801 N. Magnolia Ave., Suite 107
Orlando, FL 32803
Tel: (407) 781-0420
jbadgley@badgleylawgroup.com
Attorney for Debtor