**[Dapndf]** [District AP Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 6:23−bk−00467−LVV

                                                                    Chapter 7

Mehrnoosh Sabeti Sanat


_____Debtor\*_____/

Westlake Flooring Company, LLC



            Plaintiff\*


vs.                                                                 Adv. Pro. No. 6:23−ap−00043−LVV

Mehrnoosh Sabeti Sanat

eet al

_____Defendant\*_____/

**_NOTICE OF DEFICIENT FILING_**

On June 1, 2023 a Answer to Complaint was filed by Defendants, Bay Avenue Holdings, LLC and Trade Investment Property, Inc. (Doc. # 3 ). After review, the Clerk noted the deficiencies indicated below. The deficiencies must be cured within fourteen days of the date of this notice. The proceeding may be dismissed without further notice or hearing if the filer fails to timely correct the noted deficiency − Complaint.

☐ The does not contain an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001−2.

☑ A Corporate Ownership Statement required by Fed. R. Bank. P. 7007.1 was not filed by Defendants, Bay Avenue Holdings, LLC and Trade Investment Property, Inc. .

☐ The was filed by a non−individual without legal counsel admitted to practice in the Middle District of Florida. Pursuant to Federal Rules of Bankruptcy Procedure 9010(a), a non−individual cannot appear in these proceedings except through counsel duly authorized to practice before this Court. *See Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381 (11th Cir. 1985). Failure to retain the services of counsel authorized to practice in the Middle District of Florida will result in the filed paper being stricken.

☐ The filing fee required by 28 U.S.C. § 1930 in the amount of  has not been paid. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below

☐ The caption of the is incorrect pursuant to Part VII of the Federal Rules of Bankruptcy Procedure.

DATED June 2, 2023

Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street.
Suite 5100
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.