UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:    CASE NO.: 6:23-bk-00467-LVV
          Chapter 13

MEHRNOOSH SABETI SANAT

    Debtors.
_____/

WESTLAKE FLOORING COMPANY, LLC,    Adversary Case No. 6:23-ap-00043-LVV

    Plaintiff,

v.

MEHRNOOSH SABETI SANAT, BAY AVENUE HOLDINGS, LLC and TRADE INVESTMENT PROPERTY, INC.

_____/

## DEBTORS' STATEMENT OF CORPORATE OWNERSHIP

Defendants, Bay Avenue Holdings, LLC and Trade Investment Property, Inc., serve this their Statement of Corporate Ownership, and state, pursuant to Federal Rule of Bankruptcy 7007.1, and state as follows:

1. Defendant Bay Avenue Holdings, LLC is 100% owned by Trade Investment Property, Inc., a privately held corporation.

2. Defendant Trade Investments is not owned by any corporate entity.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response has been electronically filed and served via U.S. First Class Mail, postage prepaid, or by electronic transmission to: James R. Liebler, II, Liebler, Gonzalez & Portuondo, Courthouse Tower – 25th

Floor, 44 West Flagler Street, Miami, FL 33130, Attorneys for Westlake Flooring Company, LLC; and Lori Patton, Chapter 7 Trustee, (via CM/ECF), this 7th day of June, 2023.

/s/ Jeffrey. S. Badgley
JEFFREY S. BADGLEY
Florida Bar No.:0599417
Badgley Law Group
801 N. Magnolia Ave., Suite 107
Orlando, FL 32803
Tel:  (407) 781-0420
jbadgley@badgleylawgroup.com
Attorney for Debtor