

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/08/2023 10:15 AM

COURTROOM   6C, 6th Floor

HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-00467-LVV** | **Chapter 7** | 05/08/2023 |
| **ADVERSARY:**   6:23-ap-00043-LVV | | **Pltf Atty:**  James Randolph Liebler |
| | | **Dft Atty:** Jeffrey S Badgley |

**DEBTOR:**        Mehrnoosh Sabeti Sanat

**HEARING:**

Westlake Flooring Company, LLC v. Sanat et al

PRETRIAL CONFERENCE
Answer to Complaint filed 6/1/23 (Doc #3)
Nature of Suit:
727(c),(d),(e)
523(a)(2), false pretenses, false representation, actual fraud

**APPEARANCES:**:
James Liebler: Plaintiff; Jeff Badgley: Defendants

  **RULING:**
  PRETRIAL CONFERENCE -   Continued to 10/3/2023 at 10:15am (AOCNFNG)


  The complaint is dismissed without prejudice sua sponte; plaintiff has 30 days to amend, defendant to answer thereafter; a continued pretrial conference is scheduled 10/3/23a t 10:15am. Order by Court.


(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.