ORDERED.

**Dated: August 09, 2023**

_Lori V. Vaughan_
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Mehrnoosh Sabeti Sanat, | ) | Case No.  6:23-bk-00467-LVV |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Westlake Flooring Company, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 6:23-ap-00043-LVV |
| vs. | ) | |
| | ) | |
| Mehrnoosh Sabeti Sanat, Bay Avenue | ) | |
| Holdings, LLC and Trade Investment | ) | |
| Properties, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUA SPONTE ORDER
DISMISSSING ADVERSARY COMPLAINT**

THIS CASE came on for hearing on August 08, 2023 on Plaintiff, Westlake Flooring Company, LLC's, Complaint (Doc. No. 1).  After reviewing the Complaint and for the reasons stated orally in open court, it is

**ORDERED**:

1.  Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** without prejudice.

2.  Plaintiff has 30 days from entry of this Order to file an amended complaint.

###

The Clerk's Office is directed to serve a copy of this order on interested parties.