United States Bankruptcy Court
Middle District of Florida

Westlake Flooring Company, LLC,

    Plaintiff

Adv. Proc. No. 23-00043-LVV

Sanat,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 113A-6             User: admin                  Page 1 of 2

Date Rcvd: Aug 10, 2023        Form ID: pdfdoc            Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Mehrnoosh Sabeti Sanat, 2108 Silver Leaf Court, Longwood, FL 32779-2757 |
| pla | + | Westlake Flooring Company, LLC, c/o Liebler Gonzalez & Portuondo, 44 West Flagler St., Courthouse Tower - 25th FL, Miami, FL 33130-1808 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 10 2023 21:19:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Bay Avenue Holdings, LLC |
| dft | | Trade Investment Property, Inc. |
| ust | *+ | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | *+ | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

District/off: 113A-6

Date Rcvd: Aug 10, 2023

User: admin

Form ID: pdfdoc

Page 2 of 2

Total Noticed: 3

| Name | Email Address |
| --- | --- |
| James Randolph Liebler, II | on behalf of Plaintiff Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jeffrey S Badgley | on behalf of Defendant Trade Investment Property  Inc. jbadgley@badgleylawgroup.com, bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |
| Jeffrey S Badgley | on behalf of Defendant Mehrnoosh Sabeti Sanat jbadgley@badgleylawgroup.com bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |
| Jeffrey S Badgley | on behalf of Defendant Bay Avenue Holdings  LLC jbadgley@badgleylawgroup.com, bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |

TOTAL: 4

ORDERED.

**Dated:  August 09, 2023**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Mehrnoosh Sabeti Sanat, | ) | Case No.  6:23-bk-00467-LVV |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| Westlake Flooring Company, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 6:23-ap-00043-LVV |
| vs. | ) | |
| | ) | |
| Mehrnoosh Sabeti Sanat, Bay Avenue | ) | |
| Holdings, LLC and Trade Investment | ) | |
| Properties, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**SUA SPONTE ORDER**
**DISMISSSING ADVERSARY COMPLAINT**

THIS CASE came on for hearing on August 08, 2023 on Plaintiff, Westlake Flooring Company, LLC's, Complaint (Doc. No. 1).  After reviewing the Complaint and for the reasons stated orally in open court, it is

**ORDERED**:

1.  Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** without prejudice.

2.  Plaintiff has 30 days from entry of this Order to file an amended complaint.

###

The Clerk's Office is directed to serve a copy of this order on interested parties.