[DoepvalO] [Order Establishing Procedures for Zoom Appearances – Limited Parties – Orlando – AP]

ORDERED.

Dated: September 25, 2023

*Lori V. Vaughan*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                            Case No. 6:23–bk–00467–LVV
Mehrnoosh Sabeti Sanat                            Chapter 7

　　　　　Debtor*　　　　　/

Westlake Flooring Company, LLC

　　　　Plaintiff*

                                                  Adv. Pro. No. 6:23–ap–00043–LVV
vs.

Mehrnoosh Sabeti Sanat
Bay Avenue Holdings, LLC
Trade Investment Property, Inc.
　　　　　Defendant*　　　　　/

ORDER ESTABLISHING PROCEDURES FOR ZOOM APPEARANCES

　This order establishes procedures for Zoom appearances subject to the requirements set forth in the *Procedures Governing Court Appearances Before Judges Vaughan, Robson, and Geyer, Effective May 1, 2022* (the "Guidelines"). Accordingly, it is

　**ORDERED:**

　1. Only participants permitted under the Guidelines may appear at the hearing October 3, 2023 at 11:00 AM (the "Hearing") by Zoom.

　2. Parties must arrange to attend the Hearing by registering for the Zoom Meeting at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/ by 4:00 p.m. one business day before the Hearing. If no one has timely registered for a Zoom appearance, the Court will not activate Zoom during the Hearing.

　3. Participants are reminded that photographing, recording or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording system. The process for requesting an official transcript has not changed.

　4. Persons appearing by Zoom in violation of the Guidelines or this Order may be subject to sanctions, including but not limited to disconnection from Zoom at the Hearing.

　The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.