[Dntccnra] [District Notice Cancelling or Rescheduling Hearing / Conference / Trial (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>Mehrnoosh Sabeti Sanat<br><br><u>         Debtor*         </u>  / | Case No. 6:23−bk−00467−LVV<br>Chapter 7 |
| Westlake Flooring Company, LLC<br><br>      Plaintiff*<br><br>vs.<br><br>Mehrnoosh Sabeti Sanat<br><br>et. al.<br><br><u>         Defendant*         </u>  / | Adv. Pro. No. 6:23−ap−00043−LVV |

NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the conference , originally scheduled for October 3, 2023, has been rescheduled.

The hearing has been rescheduled and will be held on November 7, 2023 at 10:15 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by telephone available at www.flmb.uscourts.gov/judges/vaughan/. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

| | |
|---|---|
| | FOR THE COURT |
| Dated: October 2, 2023 | Sheryl L. Loesch , Clerk of Court |

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.