United States Bankruptcy Court

Middle District of Florida

Westlake Flooring Company, LLC,
    Plaintiff

Adv. Proc. No. 23-00043-LVV

Sanat,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2023 | Form ID: pdfADIdt | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Sep 25 2023 23:22:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2023 23:22:00 | U.S. Trustee, US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | *+ | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Randolph Liebler, II | on behalf of Plaintiff Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |

District/off: 113A-6 | User: admin | Page 2 of 2
Date Rcvd: Sep 25, 2023 | Form ID: pdfADIdt | Total Noticed: 2

Jeffrey S Badgley
    on behalf of Defendant Bay Avenue Holdings  LLC jbadgley@badgleylawgroup.com, bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com

Jeffrey S Badgley
    on behalf of Defendant Trade Investment Property  Inc. jbadgley@badgleylawgroup.com, bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com

Jeffrey S Badgley
    on behalf of Defendant Mehrnoosh Sabeti Sanat jbadgley@badgleylawgroup.com bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com

TOTAL: 4

[DoepvalO] [Order Establishing Procedures for Zoom Appearances – Limited Parties – Orlando – AP]

ORDERED.

Dated: September 25, 2023

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  
Mehrnoosh Sabeti Sanat

Case No. 6:23−bk−00467−LVV  
Chapter 7

_____Debtor*_____/

Westlake Flooring Company, LLC

Plaintiff*

Adv. Pro. No. 6:23−ap−00043−LVV

vs.

Mehrnoosh Sabeti Sanat  
Bay Avenue Holdings, LLC  
Trade Investment Property, Inc.  
_____Defendant*_____/

### ORDER ESTABLISHING PROCEDURES FOR ZOOM APPEARANCES

This order establishes procedures for Zoom appearances subject to the requirements set forth in the *Procedures Governing Court Appearances Before Judges Vaughan, Robson, and Geyer, Effective May 1, 2022* (the "Guidelines"). Accordingly, it is

**ORDERED:**

1. Only participants permitted under the Guidelines may appear at the hearing October 3, 2023 at 11:00 AM (the "Hearing") by Zoom.

2. Parties must arrange to attend the Hearing by registering for the Zoom Meeting at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/ by 4:00 p.m. one business day before the Hearing. If no one has timely registered for a Zoom appearance, the Court will not activate Zoom during the Hearing.

3. Participants are reminded that photographing, recording or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording system. The process for requesting an official transcript has not changed.

4. Persons appearing by Zoom in violation of the Guidelines or this Order may be subject to sanctions, including but not limited to disconnection from Zoom at the Hearing.

The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.