ORDERED.

**Dated:  November 21, 2023**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

MEHRNOOSH SABETI SANAT

    Debtors.

_____/

WESTLAKE FLOORING COMPANY,
LLC,

    Plaintiff,

v.

MEHRNOOSH SABETI SANAT, BAY
AVENUE HOLDINGS, LLC and TRADE
INVESTMENT PROPERTY, INC.

_____/

CASE NO.: 6:23-bk-00467-LVV
Chapter 13

Adversary No. 6:23-ap-00043-LVV

## <u>ORDER GRANTING DEBTORS' MOTION TO DISMISS AMENDED ADVERSARY COMPLAINT OF WESTLAKE FLOORING COMPANY, LLC</u>

THIS CASE came on for hearing on November 7, 2023, on Debtor's Motion to Dismiss Amended Adversary Complaint of Westlake Flooring Company, LLC (Doc. 14).   Having considered the motion and the parties having agreed to a dismissal of the Amended Complaint, it is hereby,

ORDERED and ADJUDGED:

1.  Debtor's Motion to Dismiss is granted.

2.  The Amended Complaint is dismissed without prejudice.

3.  Creditor Westlake Flooring Company, LLC shall have thirty (30) days to file a Second Amended Complaint.

Attorney Jeffrey S. Badgley is directed to serve a copy of this order on interested parties.